**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EDUARDO ROSARIO

        *Plaintiff*,                            Case No. 2:18-3359

v.

ALEX TORRES PRODUCTIONS, INC. AND LAGUIRA, INC d/b/a/ RED WINE RESTAURANT

        *Defendant*.

_____/

**<u>Praecipe for Alias Summons</u>**

Please issue alias Summons for:

ALEX TORRES PRODUCTION, INC

LAGUIRA, INC. d/b/a RED WINE RESTAURANT

 Please mail to:

Optimum Law Group
242 Terrace Blvd.  Suite D1
Voorhees, NJ 08043

                          Respectfully Submitted,

                          <u>s/ *Steven C. Feinstein*</u>
                          Optimum Law Group
                          Attorney for Plaintiff
                          1500 Market Street, 12th Floor East Tower
                          Philadelphia, PA 19102
                          267-833-0200
                          scfeistein@optimumlawgroup.com