AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     19-2222

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* *Laquila, Inc. d/b/a Red Wine Restaurant*

was received by me on *(date)* *7/11/19*

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* *Bretney Madera (front desk mgr)* who is
designated by law to accept service of process on behalf of *(name of organization)* *Red Wine Restaurant*
on *(date)* *7/11/19* ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: *7/11/19*

_____
Server's signature

*Russell R. Monzo   Process Server*
Printed name and title

*3514 Travi Ct  Phila PA 19146*
Server's address

Additional information regarding attempted service, etc: