IN THE UNITED STATES COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDUARDO ROSARIO : | |
| : | |
| v. : | |
| ALEX TORRES PRODUCTIONS, INC. : | CIVIL NO. 2:19-cv-02222-ER |
| : | |
| and : | |
| : | |
| LA GUIRA, INC. d/b/a RED WINE : | |
| RESTAURANT : | REQUEST TO ENTER DEFAULT AS TO |
| : | LA GUIRA, INC. d/b/a RED WINE |
| | RESTURANT |

**TO CLERK:**

Please enter upon the docket the default of the Defendant, LA GUIRA, INC. d/b/a RED WINE RESTURANT, in the above-entitled action for failure to plead or otherwise defend as provided by the rules of civil practice or by an Order of this Court, or because the Answer of the Defendant has been stricken.

OPTIMUM LAW GROUP, P.C.

Dated : August 12, 2019         BY:_____
STEVEN C. FEINSTEIN, ESQUIRE
Optimum Law Group, P.C.
1500 Market Street, 12th Floor, East Tower
Philadelphia, Pennsylvania 19102
267-833-0200
scfeinstein@optimumlawgroup.com
Attorney for Plaintiff

IN THE UNITED STATES COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDUARDO ROSARIO | : | |
| | : | |
| v. | : | |
| ALEX TORRES PRODUCTIONS, INC. | : | CIVIL NO. 2:19-cv-02222-ER |
| | : | |
| and | : | |
| | : | |
| LA GUIRA, INC. d/b/a RED WINE RESTAURANT | : | CERTIFICATION IN SUPPORT OF REQUEST TO ENTER DEFAULT AS TO LA GUIRA, INC. d/b/a RED WINE RESTURANT |

I, Steven C. Feinstein, Esquire, certifies as follows:

1. I am the attorney for the Plaintiff, EDUARDO ROSARIO.

2. The Complaint and Summons in this action were served upon the Defendant, as appears from the Affidavit of Service filed with the Court.

3. The Defendant, LA GUIRA, INC. d/b/a RED WINE RESTURANT has failed answer the Complaint in this matter and the Plaintiff has not otherwise moved for an extension to Answer.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**OPTIMUM LAW GROUP, P.C.**

Dated : August 12, 2019     BY:_____
STEVEN C. FEINSTEIN, ESQUIRE
Optimum Law Group, P.C.
1500 Market Street, 12th Floor, East Tower
Philadelphia, Pennsylvania 19102
267-833-0200
scfeinstein@optimumlawgroup.com
Attorney for Plaintiff