# Seminole County Sheriff's Office – Civil Division

| | |
|---|---|
| Person or Company to be Served | ALEX TORRES PRODUCTIONS INC<br>651 WEYBRIDGE COURT<br>LAKE MARY, FL 32746 |



**Plaintiff/Attorney**

OPTIMUM LAW GROUP PC
PO BOX 219
VOORHEES, NJ 08043

**Plaintiff:** EDUARDO ROSARIO

vs.

**Defendant:** ALEX TORRES PRODUCTIONS INC AND LAGUIRA INC DBA RED WINE RESTURANT

Case #: 19CV2222                     Due Date:
Court: UNITED STATES DISTRICT COURT
Type of Writ: SUMMONS/IN A CIVIL ACTION, COMPLAINT-CIVIL CASE
Sheriff's #: 19010504

Received the above named writ on: 8/5/2019 at 12:28 PM and served/returned the same on: 8/12/2019 at 9:20 AM in SEMINOLE COUNTY, Florida, as follows:

Personal Service

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me, to: ALEX TORRES PRODUCTIONS INC.

Special Remarks:

Dennis M. Lemma, SHERIFF SEMINOLE COUNTY, FLORIDA

/s/ *Justin Westmoreland* 104097

Deputy Sheriff/Civil Process Specialist

AO 440 (Rev. 12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| EDUARDO ROSARIO<br>*Plaintiff(s)*<br>v.<br><br>ALEX TORRES PRODUCTIONS,<br>INC. AND LAGUIRA, INC d/b/a/<br>RED WINE RESTAURANT<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.   19-cv-2222 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Alex Torres Productions, Inc.
651 Weybridge Ct
Lake Mary, FL 32746

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Steven C. Feinstein
Optimum Law Group
242 Terrace Blvd. Suite D1
Voorhees, NJ 08043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   7/1/19                                                          *Signature of Clerk or Deputy Clerk*