# IN THE UNITED STATES COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANNIA

EDUARDO ROSARIO
*Plaintiff*

v.

ALEX TORRES PRODUCTIONS, INC.
*Defendant*

Civil Action No. 19-cv-2222



FILED
SEP 03 2019
By KATE BARKMAN, Clerk
_____ Dep. Clerk

## ANSWERS TO COMPLAINT CIVIL CASE

The Defendant, Alex Torres Productions, Inc ("Torres") in answering the allegations of the Complaint on file herein, affirms, denies and alleges as follows:

1. Agreed
2. Agreed
3. Agreed
4. Agreed

## FACTUAL ALLEGATIONS

5. Agreed
6. Agreed
7. Agreed
8. Agreed
9. Denied. Defendant, Red Wine, did not hired Defendant, Torres, to promote the comedy show. Defendant, Red Wine, provided it facilities to be used at no cost.
10. Agreed and in part denied Red Wine, failed to communicate in advanced the fact that the location where the comedy show was to be held did not comply with the Americans with Disabilities Act of 1990.

11 Agreed and in part denied. Plaintiff purchased a ticket to the comedy show, but did not confirm directly with Defendant, Torres, if Red Wine Restaurant was accessible to persons with a wheelchair.

12. Agreed and in part denied. As owner of the location, Red Wine, controls and manages the facilities.

13. Agreed

14. Agreed

15. Neither admitted or denied because I do not have enough information to know the truth of the matter

16. Agreed

17. Agreed

18. Agreed and in part denied. It is the responsibility of Defendant, Red Wine, to comply with ADA's minimum accessibility requirements for commercial facilities. Defendant, Torres does not own, rent or operate the Red Wine Restaurant.

19. Agreed and in part denied. It is the responsibility of Defendant, Red Wine, to comply with ADA's minimum accessibility requirements for commercial facilities

20. Agreed

21. Agreed

22. Agreed and in part denied. It is the responsibility of Defendant, Red Wine, to comply with ADA's minimum accessibility requirements for commercial facilities

23. Agreed

24. Agreed and in part denied. It is the responsibility of Defendant, Red Wine, to comply with ADA's minimum accessibility requirements for commercial facilities

25. Agreed

26. Neither admitted or denied because I do not have enough information to know the truth of the matter

27. Neither admitted or denied because I do not have enough information to know the truth of the matter

28. Neither admitted or denied because I do not have enough information to know the truth of the matter

29. Agreed

30. Agreed and in part denied. The Red Wine, is responsible to comply with ADA's laws and regulations as well as those of The Pennsylvania Human Relations Act and applicable provisions.

31. Agreed

## FIRST CAUSE OF ACTION

## VIOLATION OF THE AMERICAN WITH DISABILITIES ACT.

32. Defendant, Torres, does not know or have enough information to form a belief as to whether the allegations are true

33. Agreed

34. Agreed

35. Agreed

36. Agreed

37. Agreed and in part denied. Defendant, Red Wine, is responsible for removing architectural barriers and/or alter its facilities in order to make the readily accessible to people with disabilities.

38. Denied. Defendant, Torres, was responsible for selling tickets and presenting the comedy show.

## SECOND CAUSE OF ACTION

## VIOLATION OF THE PENSYLVANIA HUMAN RELATIONS ACT. 43P.S. 951-963

39. Defendant, Torres, does not know or have enough information to form a belief as to whether the allegations are true

40. Agreed

41. Agreed

42. Agreed and in part denied. Defendant, Torres, does not own, rent or operate the Red Wine Restaurant.

43. Agreed and in part denied. Defendant, Torres, does not own, rent or operate the Red Wine Restaurant.

44. Agreed and in part denied. Defendant, Torres, does not own, rent or operate the Red Wine Restaurant.

45. Agreed and in part denied. Defendant, Torres, does not own, rent or operate the Red Wine Restaurant.

46. Agreed

47. Agreed and in part denied. Defendant, Torres, is not the owner of the Red Wine.

48. Defendant, Torres, does not know or have enough information to form a belief as to whether the allegations are true

49. Agreed and in part denied. Defendant, Torres, is not the landlord or owner of the Red Wine.

50. Agreed

51. Agreed

52. Agreed and in part denied. Defendant, Torres, does not own, rent or operate the Red Wine Restaurant.

53. Defendant, Torres, does not know or have enough information to form a belief as to whether the allegations are true.

54. Defendant, Torres, does not know or have enough information to form a belief as to whether the allegations are true.

55. Agreed and in part denied. Defendant, Torres, does not own or operate the Red Wine.

## DEFENSE

Defendant, Torres had never been or visited the Red Wine before February 10, 2019. Torres was under the impression that the Red Wine was compliant ADA's laws and regulations. Red Wine failed to notified Defendant, Torres that the location was not wheelchair accessible.

Defendant, Torres found out that the Red Wine was not wheelchair accessible when he arrived at the Red Wine 90 minutes before show time. Defendant, Torres is not responsible for making structural changes to the Red Wine because he is not the owner, landlord or operates the Red Wine. At no time did Defendant, Torres acted with malice. He tried to resolve the situation after the Red Wine refused to help and offer a solution. Defendant, Torres refunded the Plaintiff's ticket money in cash, apologized and offered the only solution available at the time which was to carry the Plaintiff downstairs.

Defendant, Torres has two brothers that are handicap and a Bachelors Degree in Special Education and would not discriminate intentionally toward a handicap person.

Defendant, Torres homestead and primary market of business is in the state of Florida. This was the first and only time Torres has presented a show in Philadelphia.

Defendant, Torres respectfully request that he be dismiss as part of this civil complaint.

RESPECTFULLY,

*[signature]*

ALEX TORRES
ALEX TORRES PRODUCTIONS, INC.

651 Weybridge Court
Lake Mary, Florida 32746
Defendant

Dated: August 30, 2019

## IN THE UNITED STATES COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANNIA

EDUARDO ROSARIO
*Plaintiff*

Civil Action No. 19-cv-2222

v.

*ALEX TORRES PRODUCTIONS, INC.*
*Defendant*

### VERIFICATION

Personally appeared before me the undersigned who on oath states that the facts set forth in this Complaint are true and correct to the best of his knowledge and belief.

_____
Defendant

Sworn and subscribed before me

This __30th__ day of __August__, 20__19__.

_____
Notary Public, Sate of Florida

LISA PROCHER
Notary Public. State of Florida
Commission# GG 44309
My comm. expires Nov. 2, 2020

My commission Expires __11-2-2020__

# IN THE UNITED STATES COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANNIA

EDUARDO ROSARIO
*Plaintiff*

Civil Action No. 19-cv-2222

v.

*ALEX TORRES PRODUCTIONS, INC.*
*Defendant*

**FILED**

SEP 03 2019

KATE BARKMAN, Clerk
By_____Dep. Clerk

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing ANSWER upon counsel for all parties by depositing a copy of the same in the mail in an envelope thereon address as follows:

Steven C. Feinstein
Optimum Law Group
242 Terrace Blvd. Suite D1
Voorhees, NJ 08043

This 30th day of August, 2019

_____
Defendant

ALEX TORRES PRODUCTIONS, INC.
651 WEYBRIDGE COURT
LAKE MARY, FL. 32746

Phone: 321-215-1728






PRESS FIRMLY TO SEAL

U.S. POSTAGE
PME 1-Day
LAKE MARY, FL
32746
AUG 30, 19
AMOUNT
$25.5
R2304E107196-

1007  19106

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

PRIORITY MAIL EXPRESS

NOON DELIVERY

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 321 ) 215-1728

Alex Torres Productions
651 Weybridge Ct
Lake Mary, FL  32746

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)   PHONE ( 215 ) 597-7704

Clerk Office
US District Court, Eastern Dt. of PA
601 Market St. Room 2609
Philadelphia, PA

ZIP + 4® (U.S. ADDRESSES ONLY)
1 9 1 0 6 - 1 7 9 7

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

PEEL FROM THIS CORNER

EJ 009 874 315 US

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 32746
Scheduled Delivery Date: 8/31/19
Postage: $25.50
Date Accepted: 8/30/19
Scheduled Delivery Time: ☒ 12 NOON
Time Accepted: 3:25 PM
Weight: 4 lbs 7 oz
Acceptance Employee Initials: AM
Total Postage & Fees: $25.50

**DELIVERY (POSTAL SERVICE USE ONLY)**

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996

EP13F Oct 2018



LAKE MARY, FL
32746
AUG 30, 19
AMOUNT
$25.50
R2304E107196-17

1007  19106

# UNITED STATES POSTAL SERVICE | PRIORITY MAIL EXPRESS®

EJ 009 874 315 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 321 ) 215-1728

Alex Torres Productions
651 Weybridge Ct
Lake Mary, FL 32746

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 32746
Scheduled Delivery Date (MM/DD/YY): 8/31/19
Postage: $25.50

Date Accepted (MM/DD/YY): 8/30/19
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☑ 12 NOON
Insurance Fee: $
COD Fee: $

Time Accepted: 3:25 ☑ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee: $

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer 1) Requires the addressee's signature; OR 2) Purchases additional insurance, OR 3) Purchases COD service, OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( 215 ) 597-7704

Clerk Office
US District Court, Eastern Dt. of PA
601 Market St. Room 2609
Philadelphia, PA

ZIP + 4® (U.S. ADDRESSES ONLY)
1 9 1 0 6 - 1 7 9 7

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $25.50

Weight: 4 lbs 7 oz
☐ Flat Rate
Acceptance Employee Initials: AM

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996



To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP


10001000006

**PEEL FROM THIS CORNER**

EP13F Oct 2018
OD: 12 1/2 x 9 1/2




This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; October 2018; All rights reserved.

ck Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.