**From:** jedwards@optimumlawgroup.com
**To:** Rook Ringer
**Subject:** [FWD: Re: Rosario]
**Date:** Wednesday, February 5, 2020 2:58:24 PM
**Attachments:** top.letterhead

**J. Edwards**
Office Manager
Lento Law Group, P.C.
3000 Atrium Way - Suite # 200
Mt. Laurel, NJ 08054
856-652-2000 - Office
856-375-1010 - Fax
www.lentolawgroup.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the e-mail materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney/client privilege. If you have received this transmission in error, please immediately notify the Sender identified above by telephone to arrange for the return of the materials. Thank you.

-------- Original Message --------
Subject: Re: Rosario
From: Steven Feinstein <scf97@hotmail.com>
Date: Tue, November 12, 2019 6:31 pm
To: "jedwards@optimumlawgroup.com" <jedwards@optimumlawgroup.com>

No. Will discuss it at the conference.

Sent from my iPhone

> On Nov 12, 2019, at 6:30 PM, "jedwards@optimumlawgroup.com" <jedwards@optimumlawgroup.com> wrote:
>
> <left.letterhead> OK, should we write to the court and advise of the Discovery delinquency and ask to file a Motion to Compel?
>
> We should have default against the establishment
>
> **J. Edwards**
> Office Manager
> Optimum Law Group, P.C.
> 3000 Atrium Way - Suite # 200
> Mt. Laurel, NJ 08054
> 856-652-2000 - Office
> 856-375-1010 - Fax
> www.Optimumlawgroup.com
>
> CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the e-mail materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney/client privilege. If you have received this transmission in error, please immediately notify the Sender identified above by telephone to arrange for the return of the materials. Thank you.
>
>
> -------- Original Message --------
> Subject: Re: Rosario
> From: Steven Feinstein <scf97@hotmail.com>
> Date: Tue, November 12, 2019 6:28 pm
> To: "jedwards@optimumlawgroup.com" <jedwards@optimumlawgroup.com>
>
> December 20
>
> Sent from my iPhone
>
>> On Nov 12, 2019, at 6:20 PM, "jedwards@optimumlawgroup.com"
>> <jedwards@optimumlawgroup.com> wrote:

Exhibit "C"

<left.letterhead> Where do we stand with this?

**J. Edwards**
Office Manager
Optimum Law Group, P.C.
3000 Atrium Way - Suite # 200
Mt. Laurel, NJ 08054
856-652-2000 - Office
856-375-1010 - Fax
www.Optimumlawgroup.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the e-mail materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney/client privilege. If you have received this transmission in error, please immediately notify the Sender identified above by telephone to arrange for the return of the materials. Thank you.

-------- Original Message --------
Subject: Re: Rosario
From: Steven Feinstein <scf97@hotmail.com>
Date: Wed, October 16, 2019 3:54 pm
To: "jedwards@optimumlawgroup.com" <jedwards@optimumlawgroup.com>

Take a default against rosario's

I will do a motion to compel for discovery.

Sent from my iPhone

> On Oct 16, 2019, at 3:41 PM, jedwards@optimumlawgroup.com wrote:
>
> <left.letterhead> Steve:
>
> Rosario's Restaurant defaulted.
>
> The only party that answered was the promoter but has failed to answer discovery that was sent certified.
>
> What do we do? A motion to dismiss?
>
> **J. Edwards**
> Office Manager
> Optimum Law Group, P.C.
> 3000 Atrium Way - Suite # 200
> Mt. Laurel, NJ 08054
> 856-652-2000 - Office
> 856-375-1010 - Fax
> www.Optimumlawgroup.com
>
> CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the e-mail materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney/client privilege. If you have

received this transmission in error, please immediately notify the Sender identified above by telephone to arrange for the return of the materials. Thank you.