IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Eduardo Rosario, | : | CIVIL ACTION |
| | : | NO. 19-2222 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| Alex Torres Productions, | : | |
| Inc., et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this **11th** day of **February, 2020,** after considering Steven C. Feinstein's Petition to Withdraw as Counsel for Plaintiff (ECF No. 13), it is hereby **ORDERED** that Steven C. Feinstein's Petition to Withdraw as Counsel for Plaintiff (ECF No. 13) is **GRANTED.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO,    J.*