**EDUARDO ROSARIO**
2940 A. Waldorf Avenue
Camden, NJ 08105

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Eduardo Rosario, | : | CIVIL ACTION |
| | : | NO. 19-2222 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| Alex Torres Productions, Inc., et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this **11th** day of **February, 2020**, after considering Steven C. Feinstein's Petition to Withdraw as Counsel for Plaintiff (ECF No. 13), it is hereby **ORDERED** that Steven C. Feinstein's Petition to Withdraw as Counsel for Plaintiff (ECF No. 13) is **GRANTED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
EDUARDO C. ROBRENO,    J.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
PHILADELPHIA, PA 19106-9865
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Hon. Eduardo C. Robreno

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106 $ 000.50⁰
02 1W
0001388268 FEB 11 2020

U.S.M.S. X-RAY
U.S.M.S. X-RAY

NIXIE    176    EE 1        02/15/20
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 19106         0197-06736-11-43